IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                          NO. 03-20249-Ma

ANTHONY PAUL SHAW,

    Defendant.

---

ORDER CONDITIONALLY WAIVING APPEARANCE AT REPORT DATE

---

On September 20, 2005, counsel for defendant Anthony Paul Shaw, filed a motion to waive the appearance of the defendant at the report date scheduled on September 23, 2005. For good cause shown, the motion is granted and the appearance of the defendant is waived on the condition that counsel file with the court a written waiver signed by the defendant. Upon its receipt, counsel shall immediately file the required written waiver.

It is so ORDERED this 21st day of September, 2005.

                                SAMUEL H. MAYS, JR.
                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-23-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 143 in case 2:03-CR-20249 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

---

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT