IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                     NO. 03-20249-Ma

ANTHONY SHAW,

    Defendant.

---

ORDER WAIVING APPEARANCE AT REPORT DATE

---

    Before the court is the November 14, 2005, motion of defendant Anthony Shaw, to waive his appearance at the report date on November 23, 2005.

    The defendant's signed waiver of appearance was filed with motion to waive appearance. For good cause shown, Anthony Shaw's appearance is waived at the report date set on November 23, 2005, based on his written waiver.

    It is so ORDERED this 16th day of November, 2005.

                        SAMUEL H. MAYS, JR.
                        UNITED STATES DISTRICT JUDGE

FILED BY _____ D.C.

05 NOV 16 PM 4:48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-17-05

148

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 148 in case 2:03-CR-20249 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Honorable Samuel Mays
US DISTRICT COURT